**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| McSWAIN BUSINESS VENTURES, LLC and DON McSWAIN, d/b/a Quality Built Pergolas., <br><br> Plaintiffs, <br><br> v. <br><br> CHICAGOLAND PERGOLAS & PAVILIONS INC. and JOHN S. O'BRIEN, <br><br> Defendants. | Case No. 23-cv-03213 <br><br> Honorable Joan B. Gottschall |

## SCHEDULING ORDER

**IT IS HEREBY ORDERED:**

1. **Date for Rule 26(a)(1) Disclosures**: Rule 26(a)(1) Disclosures will be exchanged on or before August 27, 2024.

2. **Date to Issue Written Discovery**: The first set of written discovery requests shall be served no later than September 24, 2024. All written discovery must be served at the latest 30 days prior to the end of the fact discovery deadline.

3. **Fact Discovery Completion Date**: All fact discovery shall be completed by April 15, 2025.

4. **Expert Discovery Completion Date** (including dates for the delivery of expert reports):

   a. Plaintiffs will disclose expert report(s) as required by Fed. R. Civ. P. 26(a)(2) by May 20, 2025.

   b. Plaintiffs' expert(s) to be deposed by June 19, 2025.

   c. Defendants will disclose expert report(s) as required by Fed. R. Civ. P. 26(a)(2) by July 25, 2025.

   d. Defendants' experts to be deposed by August 25, 2025, which shall be considered the close of expert discovery.

5. **Summary Judgment Motions**: The parties shall file any dispositive motions no later than 40 days after the close of expert discovery.

6. **The next joint status report** shall be due on December 4, 2024.

Dated August 12, 2024 /s/ Joan B. Gottschall
United States District Judge