IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| McSWAIN BUSINESS VENTURES, LLC d/b/a Quality Built Pergolas., | |
| Plaintiff, | Case No. 23-cv-03213 |
| v. | Honorable Joan B. Gottschall |
| CHICAGOLAND PERGOLAS & PAVILIONS INC. and JOHN S. O'BRIEN, | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

**NOTICE OF SETTLEMENT**

The parties, through their undersigned counsel, respectfully notify the Court that the parties have agreed to settle this action pursuant to a written confidential settlement agreement, and further respectfully state as follows:

1. This entire case has been settled pending performance of the confidential written settlement agreement over the course of the next sixty (60) days.

2. Consistent with the confidential written settlement agreement, the parties expect to submit a proposed dismissal order no later than October 1, 2025.

3. Accordingly, in light of the parties' settlement, the parties respectfully that the Court:

   a. Strike the August 15, 2025, at 12:00 p.m. deadline for the parties to submit a Joint Status Report, or alternatively, the Court accept this Notice of Settlement as the Joint Status Report;

   b. Strike all pending dates and deadlines set forth in the Court's prior scheduling and case management orders; and,

      c.      Enter an order setting a deadline of October 1, 2025, for the parties to submit a proposed dismissal order consistent with the confidential written settlement agreement.

Dated: July 31, 2025

Respectfully submitted,

**MCSWAIN BUSINESS VENTURES, LLC, and Don McSwain dba Quality Built Pergolas**

By: /s/ George W. Svoboda
      One of Their Attorneys

George W. Svoboda
The Law Office of George W. Svoboda
P.O. Box 1299
McHenry, IL 60051
Telephone: (224) 360-0696
george@georgesvobodalaw.com

**CHICAGOLAND PERGOLAS & PAVILIONS INC. and JOHN S. O'BRIEN**

By: /s/ Jacob B. Berger
      One of Their Attorneys

Mark H. Horwitch
Katherine M. O'Brien
Jacob B. Berger
Megan E. Ryan
Tabet DiVito & Rothstein LLC
209 South LaSalle Street, Suite 700
Chicago, IL 60604
Telephone: (312) 762-9450
mhorwitch@tdrlaw.com
kobrien@tdrlaw.com
jberger@tdrlaw.com
mryan@tdrlaw.com