**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MCSWAIN BUSINESS VENTURES, LLC, and DON MCSWAIN dba Quality Built Pergolas,<br>        Plaintiffs,<br><br>Vs.<br><br>CHICAGOLAND PERGOLAS & PAVILIONS INC. and JOHN S. O'BRIEN,<br><br>        Defendants. | Case No.: 23-CV-03213<br><br>Hon. Joan B. Gottschall |

## STIPULATION OF DISMISSAL

Plaintiffs McSwain Business Ventures, LLC and Don McSwain (together, "Plaintiffs") and Defendants Chicagoland Pergolas & Pavilions Inc. and John S. O'Brien (together, "Defendants") (collectively with Plaintiffs, the "Parties") hereby stipulate and agree that Defendants have fully performed and have complied with the parties' confidential written settlement agreement dated July 28, 2025, and therefore, all issues and controversies have been resolved to their mutual satisfaction. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a), the Parties further stipulate and agree as follows:

1. Plaintiffs' Motion to Reinstate and Enforce Settlement Agreement is **WITHDRAWN**.

2. This case is **VOLUNTARILY DISMISSED WITH PREJUDICE**, with each of the Parties to bear its own attorney's fees and costs.

Dated: January 27, 2026

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| **MCSWAIN BUSINESS VENTURES, LLC, and Don McSwain dba Quality Built Pergolas** | **CHICAGOLAND PERGOLAS & PAVILIONS INC. and JOHN S. O'BRIEN** |
| By: /s/ George W. Svoboda<br>One of Their Attorneys | By: /s/ Jacob B. Berger<br>One of Their Attorneys |
| George W. Svoboda<br>The Law Office of George W. Svoboda<br>P.O. Box 1299<br>McHenry, IL 60051<br>Telephone: (224) 360-0696<br>george@georgesvobodalaw.com | Mark H. Horwitch<br>Katherine M. O'Brien<br>Jacob B. Berger<br>Megan E. Ryan<br>TABET DIVITO & ROTHSTEIN LLC<br>209 South LaSalle Street, Suite 700<br>Chicago, IL 60604<br>Telephone: (312) 762-9450<br>mhorwitch@tdrlaw.com<br>kobrien@tdrlaw.com<br>jberger@tdrlaw.com<br>mryan@tdrlaw.com |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MCSWAIN BUSINESS VENTURES, LLC, and DON MCSWAIN dba Quality Built Pergolas, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | CASE NO.: 23-CV-03213 |
| CHICAGOLAND PERGOLAS & PAVILIONS INC. and JOHN S. O'BRIEN, | ) ) ) ) | Hon. Joan B. Gottschall |
| Defendants. | ) ) ) | |

## [PROPOSED] DISMISSAL ORDER

This matter having come before the Court upon the stipulation of the parties, due notice having been given, and the Court having reviewed the stipulation and being otherwise fully advised in the premises, **IT IS HEREBY ORDERED**;

1. Plaintiffs' Motion to Reinstate and Enforce Settlement Agreement is **WITHDRAWN**.

2. Pursuant to Federal Rule of Civil Procedure 41(a), this case is **VOLUNTARILY DISMISSED WITH PREJUDICE**, with each of the Parties to bear its own attorney's fees and costs.

3. This is the last Order and closes this case.

**SO ORDERED.**

Dated: _____      _____
                                                                U.S. District Judge
                                                                U.S. Magistrate Judge

Order Prepared by:

Jacob B. Berger
TABET DIVITO & ROTHSTEIN LLC
209 South LaSalle Street, Suite 700
Chicago, IL 60604
Telephone: (312) 762-9450
jberger@tdrlaw.com