**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

McSwain Business Ventures, LLC, et al.
                                               Plaintiff,

v.                                                    Case No.: 1:23−cv−03213
                                                       Honorable Joan B. Gottschall

Chicagoland Pergolas & Pavilions INC., et al.
                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 28, 2026:

       MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's Motion to Reinstate and Enforce Settlement Agreement [83] is withdrawn. Pursuant to the parties' Stipulation of Dismissal [85], this case is voluntarily dismissed with prejudice, each party to bear its own fees and costs. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.